IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RONALD WINN, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-3090 |
| | : | |
| TAMMY FERGUSON, *et al.*, | : | |
| Defendants. | : | |

FILED
AUG 27 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 27 day of August, 2019, upon consideration of Plaintiff Ronald Winn's *pro se* Amended Complaint (ECF No. 9), which raises claims under 42 U.S.C. § 1983, it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915 (e)(2)(B)(ii) as to all claims except for Winn's claim based upon a violation of his First Amendment free exercise rights and associated supervisory liability claim for the reasons stated in the Court's Memorandum.

2. Winn is given thirty (30) days to file a second amended complaint. Any second amended complaint must be a complete document and not incorporate the original or amended complaints by reference. Winn must identify all defendants in the caption of the second amended complaint in addition to identifying them in the body of the amended complaint, and shall state the basis for Winn's First Amendment free exercise and associated supervisory liability claims against each defendant. Winn should provide enough information for the Court to understand what happened to him and how each named Defendant acted to cause him injury. When drafting his second amended complaint, Winn should be mindful of the Court's reasons

for dismissing his claims as explained in the Court's Memorandum. Upon the filing of a second amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

3. The Clerk of Court shall send Winn a blank copy of the Court's form complaint for a prisoner filing a civil rights action bearing the above civil action number. Winn may use this form to file his second amended complaint if he chooses to do so.

4. If Winn fails to file a second amended complaint in accordance with paragraph three (3) of this Order, his case may be dismissed without prejudice for failure to prosecute without further notice.

          **BY THE COURT:**

          _____
          **JOHN R. PADOVA, J.**